IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jackie Logan, | ) | |
| | ) | Civil Action No. 6:16-2599-TMC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Black Lives Matter Organization; Patrisse | ) | |
| Cullers; Opal Tometi; Alecia Garza; | ) | |
| Derrick Quarles; Dexter Scarborough; | ) | |
| Brandon Johnson; Tenealya Littlejohn; | ) | |
| Shatercia Neal; KKK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Jackie Logan, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the court dismiss Plaintiff's action without prejudice and without issuance and service of process. (ECF No. 16). Plaintiff was advised of his right to file objections to the Report. (ECF No. 16 at 7). Plaintiff has filed objections. (ECF No. 20).

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Plaintiff's objections in their entirety state:

Jackie Logan is responding to the Order I received on 8-30-2016 Notice of Right to File Objections to  Report and Recommendation.

I  am objecting to the report in the above case. My constitutional rights have been and was violated in this action by all defendants. I am objecting to this report ruling 42 USC 1981 and 1982; civil  actions under the Civil Rights Act of 1866, Also 42 USC 1985(3).

(ECF No. 20).   The court cannot glean any specific objection to the Report as Plaintiff's objections are conclusory and unspecific to any of the dispositive portions of the Report. Given Plaintiff's failure to raise a specific objection to the Report, the court has reviewed the report for clear error.  And finding none, the court adopts the Report.

Based on the foregoing, the court adopts the Report (ECF No. 16) and incorporates it herein, and Plaintiff's action is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

May 11, 2017
Anderson, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.